UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Tissot,                                 Civil No. 18-2583 (DWF/SER)

           Petitioner,

v.                                         **ORDER ADOPTING REPORT**
                                                       **AND RECOMMENDATION**

Richard Stanek, Sheriff,

           Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated November 7, 2018. (Doc. No. 12.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Steven E. Rau's November 7, 2018 Report and Recommendation (Doc. No. [12]) is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

3. Petitioner Richard Tissot's motion for a restraining order (Doc. No. [9]) is

**DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 27, 2018         s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge